IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| ROLLIS EVANS, | ) | Civil Action Number: 1:17-cv-02365-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF LABOR, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties, Plaintiff Rollis Evans and Defendant United States Department of Labor, through their undersigned counsel, have moved for this proceeding to be stayed while DOL re-evaluates the administrative claim filed by Plaintiff for chronic obstructive pulmonary disease (COPD) under Part E of the Energy Employees Occupational Illness Compensation Program Act of 2000, as amended, 42 U.S.C. § 7384 *et seq*. The Court, having reviewed the motion, and being otherwise advised;

**IT IS HEREBY ORDERED**, that the joint motion that this proceeding be stayed is **GRANTED.** The parties will file either a status report or an agreed motion to dismiss within 14 days of the issuance of a final agency decision on Plaintiff's Part E claim for COPD.

November 7, 2017
Columbia, South Carolina

s/J. Michelle Childs
J. Michelle Childs
United States District Judge

1